UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL GRUNDMEYER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | Case No. 15-cv-00464<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND FEES |

## STIPULATION

Plaintiff Michael Grundmeyer and Defendant Allstate Property & Casualty Insurance Company ("Allstate") have amicably resolved the above captioned matter, and all issues raised therein. Mr. Grundmeyer and Allstate, being the only parties who have appeared in this action, hereby stipulate and agree that the action, including all claims therein, shall be dismissed with prejudice and without an award of fees or costs to either party. This Stipulation and Order of Dismissal with prejudice shall supersede and replace the Court's prior interim order of *sua sponte* dismissal, which was without prejudice (Dkt. # 27).

//

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL –
(No. 15-cv-00464) - 1
4826-3106-0012.03
011516/1135/42496.00192

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

**IT IS SO STIPULATED** this 15th day of January, 2016.

RIDDELL WILLIAMS P.S.

By  /s/ Gavin W. Skok
Gavin W. Skok, WSBA #29766
gskok@riddellwilliams.com
Attorneys for Defendant Allstate Property &
Casualty Insurance Company

HARPER|HAYES PLLC

By  /s/ Todd C. Hayes
Todd C. Hayes, WSBA #26361
todd@harperhayes.com
Attorneys for Plaintiff Michael Grundmeyer

SCHROETER, GOLDMARK & BENDER

By  /s/ Adam J. Berger
Adam J. Berger, WSBA #20714
berger@sgb-law.com
Attorneys for Plaintiff Michael Grundmeyer

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL –
(No. 15-cv-00464) - 2
4826-3106-0012.03
011516/1135/42496.00192

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

## ORDER

In consideration of the foregoing stipulation, IT IS HEREBY ORDERED that this matter, and all claims therein, is and shall be dismissed WITH PREJUDICE and without an award of fees or costs to any party. This Order of Dismissal with prejudice shall supercede and replace the Court's prior interim order of *sua sponte* dismissal without prejudice (Dkt. # 27).

DATED this 19th day of January, 2016.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL –
(No. 15-cv-00464) - 3
4826-3106-0012.03
011516/1135/42496.00192

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600